IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY ANN HARRIS WALKER, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00382-MTT |
| | * |
| SHANE THOMAS VEAL et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated December 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 18th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk